IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAI ALKEBU-LAN, | No. C 06-05991 CW (PR) |
|     Plaintiff, | ORDER FOR ADMINISTRATIVE CORRECTION OF THE RECORD |
|   v. | |
| A.P. KANE, et al., | |
|     Defendants.              / | |

    A clerical error has been discovered in the case record.  In accordance with Rule 60(a) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to make the following administrative correction to the record.

    The Order Denying Leave to Proceed In Forma Pauperis Without Prejudice and Dismissing Complaint with Leave to Amend (docket no. 7) contains an incorrect date of signing.  It states that it was signed on "06/11/06," which is the incorrect year that the Order was signed.  The Order should be corrected to reflect the correct year of 2007; therefore, Plaintiff shall have thirty (30) days from June 11, 2007, to file an amended complaint.

    IT IS SO ORDERED.

Dated   6/12/07

                                         CLAUDIA WILKEN
                                         United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHAI ALKEBU-LAN,

        Plaintiff,

v.

A.P.KANE et al,

        Defendant.

Case Number: CV06-05991 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shai Alkebu-lan CDC# P-02598
California Medical Facility (H-320 Low)
P.O.Box 2000
Vacaville, CA 95696-2000

Dated: June 12, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2